AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ZACHARY H.,

    *Plaintiff*

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SECURITY

    *Defendant*

Civil Action No. 2:20-cv-00348-MKD

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2022

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 18, is GRANTED. Defendant's Motion for Summary Judgment, ECF No. 19, is DENIED. This case is REVERSED and REMANDED to the Commissioner of Social Security for further proceedings consistent with the recommendation pursuant to sentence four of 42 U.S.C. § 405(g), as stated in Court Order, ECF No. 21. JUDGMENT is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    MARY K. DIMKE    on cross-motions for summary judgment.

Date: 6/9/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
    *(By) Deputy Clerk*

Courtney Piazza